# Exhibit A

  

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK TO SEARCH

Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.

| ARNALDO LIMANSKY ET AL VS LABORATORY CORPORATION OF AMERICA | | | |
|---|---|---|---|
| Local Case Number: | 2020-015360-CA-01 | Filing Date: | 07/21/2020 |
| State Case Number: | 132020CA015360000001 | Judicial Section: | CA04 |
| Consolidated Case No.: | N/A | Case Type: | Medical Malpractice |
| Case Status: | OPEN | | |

### 👥 Parties — Total Of Parties: 3 ➕

### 🔨 Hearing Details — Total Of Hearings: 0 ➕

### 🔗 Dockets — Total Of Dockets: 10 ➖

⇨ EXPORT TO CSV

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 08/14/2020 | | Notice of Filing: | Event | **RETURN OF SERVICE WITHOUT SUMMON** |
| | | 07/29/2020 | | 20 Day Summons Issued | Service | |
| 📄 | 8 | 07/29/2020 | | ESummons 20 Day Issued | Event | Parties: Laboratory Corporation of America |
| | 7 | 07/29/2020 | | Receipt: | Event | RECEIPT#:2610127 AMT PAID:$10.00 NAME:SOROGON, LEILANI 9155 S. DADELAND BOULEVARD SUITE 1216 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT: |
| 📄 | 6 | 07/28/2020 | | (M) 20 Day (C) Summons (Sub) Received | Event | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 5 | 07/22/2020 | | Receipt: | Event | RECEIPT#:2630194 AMT PAID:$401.00 NAME:SOROGON, LEILANI 9155 S. DADELAND BOULEVARD SUITE 1216 MIAMI FL 33156 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AM |
| 4 | 07/21/2020 | | Request for Production | Event | |
| 3 | 07/21/2020 | | Notice of Interrogatory | Event | |
| 2 | 07/21/2020 | | Complaint | Event | |
| 1 | 07/21/2020 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK TO SEARCH

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home   Civil / Family Courts Information   Login

## Help and Support

Clerk's Home   Privacy Statement   ADA Notice   Disclaimer   Contact Us

About Us



**HARVEY RUVIN**
Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2020 Clerk of the Courts. All rights reserved.



**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Arnaldo Limansky, Maria Luisa Limansky</u>
Plaintiff
vs.
<u>Laboratory Corporation of America</u>
Defendant

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>750,000</u>

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☒ Professional malpractice
  - ☐ Malpractice – business
  - ☒ Malpractice – medical

- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

N/A

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ Leilani Sorogon King
           Attorney or party
FL Bar No.: 112187
           (Bar number, if attorney)
           Leilani Sorogon King
           (Type or print name)
     Date:  07/21/2020

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

ARNALDO LIMANSKY and
MARIA LUISA LIMANSKY, his wife,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, his wife, by and through undersigned counsel, sue Defendant, LABORATORY CORPORATION OF AMERICA, and allege:

    1.    This is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

    2.    At all times material herein Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, his wife, were and are residents of Miami-Dade County, Florida.

    3.    At all times material herein Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, were and are lawful spouses.

    4.    At all times material herein, Defendant, LABORATORY CORPORATION OF AMERICA, was and is a foreign corporation licensed to do business in the State of Florida, and owned, controlled, maintained and operated the LABORATORY CORPORATION OF AMERICA clinic located at 400 Arthur Godfrey Road, Suite #510, Miami Florida 33140, Miami-Dade County, Florida.

5. At all times material herein Phlebotomist, CHELEY JEAN-BAPTISTE, was and is a phlebotomist licensed to practice in the State of Florida.

6. At all times material herein Phlebotomist, CHELEY JEAN-BAPTISTE, was a resident of Miami-Dade County, Florida and her last known address is 2958 NW 132nd Street, Apt. # 422, Miami, FL 33054.

7. At all times material herein, Phlebotomist, CHELEY JEAN-BAPTISTE, was and is an employee, agent and/or apparent agent of Defendant, LABORATORY CORPORATION OF AMERICA.

8. On April 1, 2019, Plaintiff, ARNALDO LIMANSKY, underwent a routine blood draw procedure at the Defendant's clinic. Phlebotomist, CHELEY JEAN-BAPTISTE, conducted the subject routine blood draw procedure for and on behalf of Defendant, LABORATORY CORPORATION OF AMERICA.

9. As a result of the blood draw procedure, Plaintiff, ARNALDO LIMANSKY, suffered an arterial injury requiring surgical repair.

**COUNT I – NEGLIGENCE CLAIM VS. LABORATORY CORPORATION OF AMERICA**

10. Plaintiffs restate and reallege paragraphs 1-9 and further allege as follows:

11. At all times material herein, Phlebotomist, CHELEY JEAN-BAPTISTE, was acting within the course of her agency and/or employment relationship with Defendant, LABORATORY CORPORATION OF AMERICA during the time she provided care and treatment to ARNALDO LIMANSKY. As such, Defendant, LABORATORY CORPORATION OF AMERICA is vicariously liable for her negligence described herein.

12. At all times material herein Defendant, LABORATORY CORPORATION OF

AMERICA, acknowledged that its selected employee/agent, Phlebotomist, CHELEY JEAN-BAPTISTE, would act for it by working at LABORATORY CORPORATION OF AMERICA and providing medical care and services to patients like ARNALDO LIMANSKY.

13. At all times material herein, Phlebotomist, CHELEY JEAN-BAPTISTE, undertook a duty to render medical care and treatment to Plaintiff, ARNALDO LIMANSKY, in a skillful and careful manner and in accordance with the prevailing standards of medical care and treatment rendered in such cases by phlebotomists in Miami-Dade County, Florida, or similar medical communities.

14. At all times material herein Defendant, LABORATORY CORPORATION OF AMERICA, by and through Phlebotomist, CHELEY JEAN-BAPTISTE, breached the duty owed to Plaintiff, ARNALDO LIMANSKY, by failing to care for and treat him as she should have done in accordance with the prevailing professional standards of medical care. Specifically, Defendant was negligent in the following ways:

    a. Negligently performing the blood draw procedure; and/or

    b. Negligently failing to supervise and/or requesting supervision of the blood draw procedure; and/or

    c. Negligently permitting an unqualified phlebotomist to perform the blood draw procedure; and/or

    d. Negligently using an inappropriate methods and techniques; and/or

    e. Negligently using an inappropriately sized needle; and/or

    f. Negligently injuring Plaintiff's artery(ies).

15. Moreover, the blood draw procedure and associated materials and techniques were in the complete control of the Defendant, LABORATORY CORPORATION OF AMERICA, by and

through Phlebotomist, CHELEY JEAN-BAPTISTE, and the injury sustained would not normally occur without negligence.

16.    As a direct and proximate result of the negligence of Defendant, LABORATORY CORPORATION OF AMERICA, by and through Phlebotomist, CHELEY JEAN-BAPTISTE, Plaintiff, ARNALDO LIMANSKY, was caused to suffer significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff, ARNALDO LIMANSKY, will suffer these losses in the future.

17.    As a further direct and proximate result of the negligence of Defendant, LABORATORY CORPORATION OF AMERICA, by and through Phlebotomist, CHELEY JEAN-BAPTISTE, Plaintiff, MARIA LUISA LIMANSKY, was caused to suffer a permanent loss of her husband's support, services and consortium.

WHEREFORE, Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, sue Defendant, LABORATORY CORPORATION OF AMERICA for compensatory damages and costs, and demand trial by jury of all issues triable as of right by a jury.

DATED:  July 21, 2020.

> **GOLD & GOLD, P.A.**
> Attorneys for Plaintiff(s)
> Dadeland Centre I, Suite 1216
> 9155 S. Dadeland Blvd.
> Miami, FL 33156
> Telephone:    (305) 567-2525
> Facsimile:     (305) 567-2575
> Email Service:  pleadings@goldlawpa.com

By: /s/ _____
**Philip A. Gold, Esquire**
Florida Bar No.:  0032550
**Leilani S. King, Esquire**
Florida Bar No.:  112187

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ARNALDO LIMANSKY and
MARIA LUISA LIMANSKY, his wife,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.

_____/

## INTERROGATORIES TO DEFENDANT, LABORATORY CORPORATION OF AMERICA

Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, pursuant to Rule 1.350, Florida Rules of Civil Procedure, propounds the following Interrogatories to Defendant, LABORATORY CORPORATION OF AMERICA, to be answered under oath, in writing, within the time prescribed by law.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Courts and has been sent for service upon the Defendant.

DATED: July 21, 2020

                                            **GOLD & GOLD, P.A.**
                                            Attorneys for Plaintiff
                                            Dadeland Centre I, Suite 1216
                                            9155 S. Dadeland Boulevard
                                            Miami, FL 33156
                                            Telephone:   (305) 567-2525
                                            Facsimile:    (305) 567-2575
                                            Email Service:  pleadings@goldlawpa.com

By: _____
                                            **Philip A. Gold, Esquire**
                                            Florida Bar No.:  32550
                                            **Leilani Sorogon, Esquire**
                                            Florida Bar No.:  112187

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

ARNALDO LIMANSKY and
MARIA LUISA LIMANSKY, his wife,

    Plaintiffs,
v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.
_____/

## PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANT, LABORATORY CORPORATION OF AMERICA

    Plaintiffs, ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, by and through undersigned counsel and in accordance with Florida Rule of Civil Procedure 1.280, requests Defendants to produce at the offices of Plaintiffs' counsel within the time prescribed by law, the following documents:

    1)    A color laser copy of each medical chart, narrative, record, report or other document of any nature whatsoever pertaining to Plaintiff, ARNALDO LIMANSKY.

    2)    A fully itemized billing statement(s) showing charges for all services rendered to Plaintiff, ARNALDO LIMANSKY.

    3)    Any and all statements previously made by ARNALDO LIMANSKY, including any written statements signed or otherwise adopted or approved by ARNALDO LIMANSKY and any stenographic, mechanical, electrical or other such recording, or any transcription thereof.

    4)    Any and all photographs of ARNALDO LIMANSKY taken or directed to be taken by you, your employees or agents.

    5)    A list containing the full name and current address of every physician, RN, LPN, Medical Assistant, Medical Technician, phlebotomist, or other employee or agent of the

Defendant who provided any care and/or treatment to Plaintiff, ARNALDO LIMANSKY at any time.

6) A copy of the most current resume or curriculum vitae of any expert you intend to call to testify at trial on your behalf.

7) A copy of all current licenses held by any employee or agent named above in your response to number 5.

8) All written reports obtained from any expert whom you intend to call to testify at trial on your behalf.

9) Copies of any and all surveillance movies, videotapes, photographs or films reflecting ARNALDO LIMANSKY.

10) All records or documents of any nature whatsoever submitted by you or on your behalf to any physician or medical provider in connection with or relevant to ARNALDO LIMANSKY.

11) Any and all letters, notes, memoranda or documentation of any nature whatsoever received from any physician or person pertaining to the care and treatment of ARNALDO LIMANSKY.

12) Copies of all x-rays or other diagnostic films pertaining to ARNALDO LIMANSKY.

13) All employment contracts, agreements, or documentation of any nature whatsoever between Defendants, LABORATORY CORPORATION OF AMERICA and CHELEY JEAN-BAPTISTE and/or any medical group employer.

14) Any and all applicable policies of liability insurance that would apply to the allegations made in this lawsuit, whether insuring LABORATORY CORPORATION OF AMERICA and/or CHELEY JEAN-BAPTISTE.

15) Any and all documents reflecting CHELEY JEAN-BAPTISTE professional certifications, resume and/or curriculum vitae.

15) Any and all documents reflecting CHELEY JEAN-BAPTISTE application and employment with LABORATORY CORPORATION OF AMERICA.

16) A copy of the LABORATORY CORPORATION OF AMERICA patient schedule for 4/1/2019, with all patient names and other identifying and HIPAA information

redacted (aside from Arnaldo Limansky's). Please include all information concerning the date and time of the appointment, medical provider seen, and the reason for the patient's visit.

17) Copies of any and all documents that were associated with, attached to and/or submitted with ARNALDO LIMANSKY's blood taken on 4/1/2019.

18) Any and all documents, writings, contracts, or agreements between Laboratory Corporation of America and the subject technician who provided services to Arnaldo Limansky at the time that Arnaldo Limansky received treatment at Laboratory Corporation of America with respect to the incident identified in the notice of intent, including but not limited to the subject blood drawing procedure.

19) Any and all writings, documents, guidelines, booklets, pamphlets, and manuals indicating Laboratory Corporation of America's policy, protocol, regulations, and procedures, with respect to the type of treatment received by Arnaldo Limansky at Laboratory Corporation of America, including but not limited to the subject blood drawing procedure.

20) Any and all Tables of Contents of Laboratory Corporation of America policy, protocol, regulations, and procedures, with respect to the type of treatment received by Arnaldo Limansky at Laboratory Corporation of America, including but not limited to the subject blood drawing procedure.

21) Any and all rules, regulations, procedures, policies and protocol with respect to the subject Laboratory Corporation of America technician who provided treatment to Arnaldo Limansky at Laboratory Corporation of America, including but not limited to the subject blood drawing procedure.

22) Any and all rules, regulations, policies, procedures with respect to any non-employee technician who provided treatment to Arnaldo Limansky at Laboratory Corporation of America, including but not limited to the subject blood drawing procedure.

23) Copies of any and all medical records in your possession regarding any care and treatment rendered by your employees, agents or apparent agents, or technicians to Arnaldo Limansky as noted in the Notice of Intent. Inclusive if applicable to any copies of x-rays, laboratory reports, laboratory notes, pathology notes, correspondence in reference to our client, pictures, videos, and/or incident reports for any procedures performed on our client at Laboratory Corporation of America.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Courts and has been sent for service upon the Defendant.

DATED: July 21, 2020.

**GOLD & GOLD, P.A.**
Attorneys for Plaintiff
Dadeland Centre I, Suite 1216
9155 S. Dadeland Boulevard
Miami, FL 33156
Telephone:     (305) 567-2525
Facsimile:      (305) 567-2575
Email Service: pleadings@goldlawpa.com;
lking@goldlawpa.com; aarguello@goldlawpa.com

By: _____
**Philip A. Gold, Esquire**
Florida Bar No.: 32550
**Leilani S. King, Esquire**
Florida Bar No.: 112187

Filing # 110898941 E-Filed 07/28/2020 12:21:36 PM

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-015360-CA-01

ARNALDO LIMANSKY and
MARIA LUISA LIMANSKY, his wife,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.
_____/

## CIVIL ACTION SUMMONS

STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons with a copy of the Complaint, Interrogatories and Request for Production in this action upon the Defendant, **LABORATORY CORPORATION OF AMERICA, by serving its Registered Agent:**

**CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiffs' attorney, to-wit: **Leilani S. King, Esquire of Gold & Gold, P.A., 9155 S. DADELAND BLVD, SUITE #1216, MIAMI, FL 33156; 305-567-2525; Email: pleadings@goldlawpa.com**, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED this _____ day of __7/29/2020__, 2020.

                                            As Clerk of Said Court

                                            By:_____
                                                As Deputy Clerk
                                                  (Court Seal)

1
GOLD & GOLD, P.A.
DADELAND CENTRE I, SUITE 1216, 9155 S. DADELAND BOULEVARD, MIAMI, FLORIDA 33156

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-015360-CA-01

ARNALDO LIMANSKY and
MARIA LUISA LIMANSKY, his wife,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA,

    Defendant.
_____/

## CIVIL ACTION SUMMONS

STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons with a copy of the Complaint, Interrogatories and Request for Production in this action upon the Defendant, **LABORATORY CORPORATION OF AMERICA, by serving its Registered Agent:**

**CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiffs' attorney, to-wit: **Leilani S. King, Esquire of Gold & Gold, P.A., 9155 S. DADELAND BLVD, SUITE #1216, MIAMI, FL 33156; 305-567-2525; Email: pleadings@goldlawpa.com**, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED this _____ day of _____, 2020.

                                                        As Clerk of Said Court


                                          By:_____
                                                  As Deputy Clerk
                                                  (Court Seal)

GOLD & GOLD, P.A.
DADELAND CENTRE I, SUITE 1216, 9155 S. DADELAND BOULEVARD, MIAMI, FLORIDA 33156

## RETURN OF SERVICE

State of Florida

County of Miami-Dade

11th Circuit Court

Case Number: 2020015360CA01

Plaintiff:
ARNALDO LIMANSKY and MARIA LUISA LIMANSKY, his wife

vs.

Defendant:
LABORATORY CORPORATION OF AMERICA

For:
Leilani S. King
Gold & Gold, P.A.

Received by Rock Legal Services on the 5th day of August, 2020 at 4:18 pm to be served on Laboratory Corpoation of America by serving its Registered Agent: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525.

I, Christopher Compton, do hereby affirm that on the 6th day of August, 2020 at 11:25 am, I:

SERVED the within named corporation by delivering a true copy of the Civil Action Summons, Complaint and Demand for Jury Trial, Request for Production and Interrogatories with the date and hour of service endorsed thereon by me to: SHEENA BLACK as employee of the Registered Agent (Company) for Laboratory Corpoation of America at 1201 Hays Street, Tallahassee, FL 32301-2525 and informed said person of the contents therein, pursuant to F.S. 48.081

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 120, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

Rock Legal Services
2048 Ponce De Leon Ave
West Palm Beach, FL 33407
(561) 296-7574

Our Job Serial Number: ROC-2020010714
Ref: LImansky v. Laboratory Corporation

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1r

